# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Brenda C. Lewis                                            Docket No. 5:04-CR-58-2BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Brenda C. Lewis, who, upon an earlier plea of guilty to two counts of Bank Robbery and Aiding and Abetting, in violation of 18 U.S.C. §§ 2113(a) and 2, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 28, 2004, to the custody of the Bureau of Prisons for a term of 84 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 36 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall cooperate in the collection of DNA as directed by the probation officer.

3. The defendant shall pay a special assessment in the amount of $200.00.

4. The defendant shall pay restitution in the amount of $9,056.05, joint and several with Nehemiah Langston.

Brenda C. Lewis was released from custody on December 3, 2010, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Upon release from her term of imprisonment, Ms. Lewis met with the probation officer, at which time she indicated she had been meeting with a mental health counselor for the treatment of anxiety during her period of incarceration. Furthermore, she has indicated she would like the opportunity to seek counseling while under supervised release in an effort to deal with anxiety related to her adjustment involving her return to the community. A review of her mental health history also supports a recommendation for mental health counseling, noting suicide attempts in 1996 and 2003. As a result, it is recommended the defendant participate in a program of mental health treatment as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Brenda C. Lewis
Docket No. 5:04-CR-58-2BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller<br>Jeffrey L. Keller<br>Supervising U.S. Probation Officer | /s/Scott Plaster<br>Scott Plaster<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: (919) 861-8660<br>Executed On: January 3, 2011 |

## ORDER OF COURT

Considered and ordered this 3 day of January, 2011, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge